CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

MAY 1 5 2007

LODGED____ REC'D____
PAID____ DOCKETED____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>RITA AND ROBERT CHILDERS,<br>　　　　　　Debtors. | Bankruptcy Case No.<br>06-61441-aer13 |
| RITA AND ROBERT CHILDERS,<br>　　　　　　Plaintiffs,<br>　　v.<br>GE MONEY BANK ET AL,<br>　　　　　　Defendants. | Adversary Proceeding<br>No. 06-6328-aer<br><br>ORDER DENYING DEFENDANT'S<br>MOTION FOR PARTIAL<br>SUMMARY JUDGMENT |

　　This matter came before the court on Defendants' Motion for Partial Summary Judgment. The court, having entered its letter opinion and therefore being fully advised in the premises:

　　IT IS HEREBY ORDERED AND ADJUDGED THAT the Motion is Denied.

*Albert E. Radcliffe*
Albert E. Radcliffe
BANKRUPTCY JUDGE

PAGE 1 - ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY
　　　　　JUDGMENT